UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :        INDICTMENT

    - v. -                     :        07 Cr.

WILLIAM CHARLES EDLOW,             :        **07 CRIM 1164**

           Defendant.   :

- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about July 31, 2006, and continuing thereafter, in the Southern District of New York and elsewhere, WILLIAM CHARLES EDLOW, the defendant, having been released on bail in connection with a charge of an offense punishable by a fine or imprisonment for not more than five years, or both, unlawfully, willfully and knowingly did fail to appear before a court as required by the conditions of his release, to wit, WILLIAM CHARLES EDLOW failed to appear before United States District Court Judge Gerard Lynch on July 31, 2006, for a pre-trial conference in the matter of United States v. William Charles Edlow, 06 Cr. 512 (GEL), or at any time thereafter.

(Title 18, United States Code, Sections 3146(a)(1)
and (b)(1)(A)(ii).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### WILLIAM CHARLES EDLOW,

**Defendant.**

### INDICTMENT

07 Cr.

(18, U.S.C. §§ 3146(a)(1)
and (b)(1)(A)(ii).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*

Foreperson.

Pc st 11-1-87
12/17/07
Filed Ind,
Ellis, J.