> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: FEB 1 9 2008

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 15, 2008

**By Fax**

Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

**SO ORDFRED**

The conference is rescheduled
to March 14, 2008 at 9:30 a.m.

*George B. Daniels* [FEB 1 9 2008]

**JUDGE GEORGE B. DANIELS**

Re: **United States v. William Charles Edlow**
    07 Cr. 1164

Dear Judge Daniels:

    The above referenced defendant, William Charles Edlow, is currently the subject of both an indictment (06 Cr. 512) for illegally dealing in firearms before Judge Gerard E. Lynch and an indictment for bail jumping before your honor, as a result of the defendant's failure to appear in the case before Judge Lynch. The Government writes with the consent of defense counsel for a consolidation of the two cases.

    Additionally, a conference in the case before Judge Lynch is scheduled for March 14, 2008 at 4:30 p.m. The Government requests that this date serve as control date for the case before your honor, and requests an exclusion of time under the Speedy Trial Act to March 14, 2008, in order to provide time for the defendant to review discovery in both cases and for the Court to consolidate the two cases. Defense counsel consents to this request.

                                 Respectfully submitted,

                                   MICHAEL J. GARCIA
                                 United States Attorney

                By: _____
                      Steve C. Lee
                      Assistant United States Attorney
                      (212) 637-2413

cc:    David Patton, Esq. (By Fax)