UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :          07 Cr. 1164 (GEL)
          -v-                                       :
                                                    :          **ORDER**
WILLIAM EDLOW,                                      :
                                                    :
                              Defendant.            :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

GERARD E. LYNCH, District Judge:

　　　　This case has recently been transferred to the undersigned in order to consolidate it with another case involving the same defendant – No. 06 Cr. 512. A conference has been scheduled for April 24, 2008, to address both cases, with time already excluded for purposes of the Speedy Trial Act for No. 06 Cr. 512. By letter dated April 15, 2008, the Government, with the defendant's consent, seeks that the time between today and the next conference also be excluded under the Speedy Trial Act for No. 07 Cr. 1164. As the conference date allows the defendant to continue discussions regarding a possible global disposition with the Government, the Court finds that the reasons for the continuance are in the interests of justice and outweigh the interests of the defendant and of the public in a speedy trial. Accordingly, it is hereby ORDERED that the time from April 15, 2008, until April 24, 2008, is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated: New York, New York
          April 15, 2008

                                        GERARD E. LYNCH
                                        United States District Judge