```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :

    -v-                           :      ORDER

WILLIAM EDLOW,                    :      07 Cr. 1164 (GEL)

                Defendant.        :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on April 25, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         May 5, 2008

                                    _____
                                    GERARD E. LYNCH
                                    UNITED STATES DISTRICT JUDGE